IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SPH AMERICA, LLC,<br>a Virginia company, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:09-CV-945 LMB/JFA<br>) |
| FOLEY & LARDNER LLP,<br>a Wisconsin partnership, | )<br>)<br>) |
| Defendant. | )<br>) |

### *EX PARTE* MOTION TO SHORTEN TIME FOR RESPONSE TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(c)(1)(C), Defendant Foley & Lardner LLP ("Foley"), by counsel, respectfully moves the Court *ex parte* to shorten the time for Plaintiff to respond to Foley's Motion to Enlarge Time to Respond to Complaint.[1]  A proposed Order granting this motion is being filed contemporaneously herewith.

Good cause exists to grant this *ex parte* motion because — without the relief sought — Foley's motion to enlarge time to file responses to the Complaint will not be heard before the deadline to respond to the Complaint.  Specifically, Foley's response to the Complaint is due on September 15, 2009.  Foley's motion to enlarge time to respond to the Complaint will, if granted, afford Foley an additional fifteen days to file its response to the Complaint.  Unless this *ex parte* motion is granted, the regular briefing and hearing schedule called for by this Court's rules would have the motion to enlarge time heard after Foley's September 15, 2009 deadline for responding to the Complaint.

---

[1] In a telephonic "meet-and-confer," Plaintiff's counsel indicated that Plaintiff would not stipulate to an order shortening time, nor to the motion to enlarge time to respond to the Complaint.  Ragland Decl. ¶ 3.

1

*EX PARTE* MOTION TO SHORTEN TIME FOR RESPONSE TO
MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT
CASE NO. 1:09-CV-945 LMB/JFA

WASH_6324010.1

Accordingly, Foley requests an *ex parte* order shortening time on its motion to enlarge time so that any opposition to the motion to enlarge time must be filed by the close of business on September 9, 2009, and any reply brief in support of the motion to enlarge time must be filed by the close of business on September 10, 2009.  Consistent with the foregoing proposed schedule, Foley is noticing the hearing on its motion to enlarge time to respond to the Complaint for September 11, 2009.

Dated:  September 8, 2009

                                Respectfully submitted,

                                FOLEY & LARDNER LLP


By: */s/ Michael J. Lockerby*

    Michael J. Lockerby (VSB No. 24003)
    FOLEY & LARDNER LLP
    Washington Harbour
    3000 K Street, N.W., Suite 600
    Washington, D.C.  20007-5143
    Telephone:     (202) 945-6079
    Facsimile:       (202) 672-5399
    E-mail:            mlockerby@foley.com

    John W. Keker (CA Bar No. 49092)
    (*pro hac vice* application pending)
    KEKER & VAN NEST LLP
    710 Sansome Street
    San Francisco, CA  94111
    Telephone:     (415) 391-5400
    Facsimile:       (415) 397-7188
    E-mail:            jkeker@kvn.com

    Counsel for Defendant
    Foley & Lardner LLP

2

*EX PARTE* MOTION TO SHORTEN TIME FOR RESPONSE TO
MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT
CASE NO. 1:09-CV-945 LMB/JFA

WASH_6324010.1

## CERTIFICATE OF SERVICE

I hereby certify on September 8, 2009, I electronically filed the foregoing ***EX PARTE MOTION TO SHORTEN TIME FOR RESPONSE TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT*** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record for Plaintiff SPH America LLC:

> K. Kevin Mun, Esq.
>  *(kevin.mun@echelaw.com)*
> ECHELON LAW GROUP PC
> 1919 Gallows Road, Suite 330
> Vienna, Virginia  22182
> (703) 496-5559
> (703) 579-0105 fax

>            */s/ Michael J. Lockerby*
> Michael J. Lockerby
> FOLEY & LARDNER LLP
> Washington Harbour
> 3000 K Street, N.W., Suite 600
> Washington, D.C.  20007-5143
> (202) 945-6079
> (202) 672-5399 fax
> MLockerby@foley.com
>   Counsel for Foley & Lardner LLP

3
*EX PARTE* MOTION TO SHORTEN TIME FOR RESPONSE TO
MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT
CASE NO. 1:09-CV-945 LMB/JFA

WASH_6324010.1