**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| SPH AMERICA, LLC,<br>a Virginia company,<br><br>        Plaintiff,<br><br>   v.<br><br>FOLEY & LARDNER LLP,<br>a Wisconsin partnership,<br><br>        Defendant. | Civil Action No. 1:09CV945 LMB/IDD |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff SPH America, LLC voluntarily dismisses, without prejudice, its claims against Defendant Foley & Lardner LLP.

In support thereof, Plaintiff states that no answer or motion for summary judgment has been filed by the defendant.

-2-

Dated: September 28, 2009

Respectfully submitted,

__/s/__ K. Kevin Mun_____
K. Kevin Mun (VA Bar No. 73247)
Echelon Law Group, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
Telephone: (703) 496-5000
Fax: (703) 579-0105
E-mail: kevin.mun@echelaw.com

*Attorney for Plaintiff SPH America, LLC*

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of September, 2009, I electronically filed the foregoing NOTICE OF DISMISSAL with the Clerk of Court using the CM/ECF system.

       /s/   K. Kevin Mun
K. Kevin Mun (VA Bar No. 73247)
Echelon Law Group, PC
1919 Gallows Road, Suite 330
Vienna, Virginia 22182
Telephone: (703) 496-5000
Fax: (703) 579-0105
E-mail: kevin.mun@echelaw.com

Attorney for Plaintiff SPH America, LLC